IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A POLE CAMERA NEEDED FOR A CRIMINAL INVESTIGATION | CASE NO.  5:21-sw-00052-JLT<br><br>[~~PROPOSED~~] ORDER<br><br>**UNDER SEAL** |

### ORDER

This matter comes before the Court pursuant to the application of the United States, under the All Writs Act, Title 28, United States Code, Section 1651(a), requesting an Order be issued:

1. Authorizing the installation, maintenance and use of video equipment on a utility pole. The utility pole is located in the backyard of 1800 Shamrock Way in the city of Bakersfield, California. The utility pole has a view of an empty lot immediately below and in front of the pole, a street view of **1906 Belle Terrace, Bakersfield, CA 93304 (Location #1)**, a front view of the **Location #1**, a full driveway view of **Location #1**, and a view of the neighbor's homes directly one (1) house to the East and West of target residence. The utility pole is owned by PG&E and is located on the property owned by the city of Bakersfield. The pole camera shall be used to conduct and record visual surveillance of activities along the public thoroughfare and the exterior (the latter meaning areas that can be observed by normal surveillance from a public vantage point) of the surrounding area for a period of 90 days.

2. Directing PG&E and the city of Bakersfield to furnish agents of the Drug Enforcement Administration forth with all of the information, facilities and technical assistance necessary to accomplish the installation, maintenance and use of the video equipment.  The Court finds that the

United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the information likely to be obtained by the installation and use of the requested video equipment relevant and material to an ongoing criminal investigation by the Drug Enforcement Administration, in conjunction with Homeland Security Investigations (HSI), Kern County Sherriff's Office (KCSO), and California Highway Patrol (CHP) (collectively, the "Investigating Agencies"), and others in connection with various offenses in violation of Title 21, United States Code, Sections 841 and 846. Accordingly:

IT IS HEREBY ORDERED, pursuant to 28 United States Code, Section 1651(a), that the Investigating Agencies are authorized to install, maintain, and use the requested video equipment on the aforementioned utility pole to conduct surveillance of the public thoroughfare and the exterior of the surrounding area of the 1800 Shamrock Way, in Bakersfield, California, for a period of 90 days;

IT IS FURTHER ORDERED, that PG&E and the city of Bakersfield shall provide the Investigating Agencies forthwith with all of the information, facilities and technical assistance necessary to accomplish the installation, maintenance, and use of the video equipment with a minimum of interference with services presently provided by means of the utility pole; and

IT IS FURTHER ORDERED, that PG&E and the city of Bakersfield shall be compensated by the Drug Enforcement Administration for reasonable expenses incurred in providing technical assistance; and

IT IS FURTHER ORDERED that in the event that the city of Bakersfield and/or PG&E objects to this Order, it shall have the right to apply forthwith to the Court ex parte for whatever relief or modification it deems essential under the Order and its obligation to comply with this Order shall be stayed until the Court rules on any such objection; and

IT IS FURTHER ORDERED that this Order and the Application be filed and maintained UNDER SEAL until further order of the Court, and that PG&E, the city of Bakersfield, and their agents

and employees, shall not disclose to any other person the existence of this Order, the Application, the camera or this investigation, unless and until otherwise ordered by the Court.

Dated:  May 28, 2021

*[signature: Jennifer L. Thurston]*
The Honorable Jennifer L. Thurston
Chief United States Magistrate Judge